# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. SA05CR007XR |
| Plaintiff, | |
| v. | **I N D I C T M E N T** |
| JIMMY MENDOZA, a/k/a CAPONE, | [Vio: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
[18 U.S.C. § 922(g)(1)]

That on or about December 29, 2004, in the Western District of Texas, Defendant,

**JIMMY MENDOZA, a/k/a CAPONE,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to-wit: a North American Arms .22 caliber handgun, bearing serial number 099021, in violation of Title 18, United States Code, Section 922(g)(1);

A TRUE BILL,

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

By: _____
JOEY CONTRERAS
Assistant United States Attorney